## Mabel Eads, Appellant, v. William Moran, Appellee.

### Gen. No. 6,578.   (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. JOHN M. NIEHAUS, Judge, presiding.   Heard in this court at the April term, 1918.   Reversed and remanded.   Opinion filed July 25, 1918.

### Statement of the Case.

Action by Mabel Eads, plaintiff, against William Moran, defendant, to recover for personal injuries sustained as the result of being struck by defendant's automobile.   From a judgment for plaintiff for $1,000, plaintiff appeals.

SHELTON F. McGRATH, for appellant; DAILEY, MILLER, McCORMICK & RADLEY, of counsel.

L. O. EAGLETON and ROSCOE HERGET, for appellee; EAGLETON & STONE, of counsel.

MR. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

1. DAMAGES, § 242*—*when verdict set aside on ground of inadequacy of.*   A verdict in an action for damages for personal injuries will be set aside on the ground of inadequacy of damages if at first blush it is plain that the verdict is less than it should have been.

2. APPEAL AND ERROR, § 1802*—*when judgment should be reversed and cause remanded for new trial.*   A judgment in an action for personal injuries should be reversed and the cause remanded for a new trial, where the damages awarded are clearly inadequate and the court would not have been warranted in directing a verdict for defendant on the issue of negligence.

NIEHAUS, J., took no part.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.